# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 9076 QUARRYSTONE,

Appellant,

vs.

BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,

Respondent.

No. 78020

FILED

JUL 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court findings of fact, conclusions of law, and judgment after bench trial in an action to quiet title, purportedly certified as final under NRCP 54(b). Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect. Specifically, it appeared that the certification order, filed January 16, 2019, may not have completely removed a party from the action. *See* NRCP 54(b); *Mallin v. Farmers Ins. Exch.*, 106 Nev. 606, 610-11, 797 P.2d 978, 981-82 (1990). Appellant conceded in the docketing statement that respondent's claims against Maryland Pebble at Silverado Homeowners Association and ATC Assessment Collection Group, LLC, remain pending below. Further, the January 16 order states that appellant's claims against National Default Servicing Corporation have not been resolved. Accordingly, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. The order to show cause cautioned appellant that

failure to demonstrate that this court has jurisdiction may result in the dismissal of this appeal.

Appellant's response to the order to show cause was due to be filed on or before June 27, 2019. To date, appellant has failed to respond to the order to show cause, or to otherwise communicate with this court. As appellant has failed to demonstrate jurisdiction, this court concludes that it lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Douglas Smith, District Judge
Law Offices of Michael F. Bohn, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk